```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| XUAN LAN DANG | : | CIVIL ACTION |
| vs. | : | |
| TROY LEVI, WARDEN FDC PHILADELPHIA, et al. | : | NO. 07-CV-4211 |

<u>ORDER</u>

   AND NOW, this  4th  day of December, 2007, upon careful consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M.Faith Angell, United States Magistrate Judge and the objections of the Petitioner, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice for failure to exhaust available remedies.

   There is no probable cause to issue a certificate of appealability.

                            BY THE COURT:


                            <u>s/J. Curtis Joyner         </u>
                            J. CURTIS JOYNER, J.